NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**
*Plaintiff-Appellant*

v.

**INTERNATIONAL TRADE COMMISSION, UNITED STATES STEEL CORPORATION, CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, NUCOR CORPORATION,**
*Defendants-Appellees*

---

2024-2242

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00350-TMR, Judge Timothy M. Reif.

-------------------------------------------------

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**
*Plaintiff-Appellant*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION, STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, CLEVELAND-CLIFFS INC., NUCOR CORPORATION,**
*Defendants-Appellees*

---

2024-2243

―――――――――――

Appeal from the United States Court of International Trade in No. 1:22-cv-00349-TMR, Judge Timothy M. Reif.
-------------------------------------------------

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**
*Plaintiff-Appellant*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION, UNITED STATES STEEL CORPORATION, CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, NUCOR CORPORATION,**
*Defendants-Appellees*

―――――――――――

2024-2249

―――――――――――

Appeal from the United States Court of International Trade in No. 1:22-cv-00351-GSK, Judge Gary S. Katzmann.

―――――――――――

**ON MOTION**

―――――――――――

Before BRYSON, *Circuit Judge.*

**O R D E R**

Eregli Demir ve Celik Fabrikalari T.A.S. ("Erdemir") moves to consolidate the above-captioned appeals, or, in the alternative, to designate them as companion cases.

Appellees oppose the motion. Erdemir also moves for a 30-day extension of time to file its opening brief and, in the event of consolidation, leave to file enlarged opening and reply briefs up to 18,000 and 10,000 words, respectively.

The court already designated these appeals as companion cases, and Erdemir has not shown compelling reasons to require all parties to file consolidated briefs. However, the parties are encouraged to reduce briefing where possible and to note at the beginning of the brief or section containing any duplicative content. *See* Fed. Cir. R. 28(j).

Accordingly,

IT IS ORDERED THAT:

(1) The motions to consolidate are denied.

(2) The motions for an extension of time and leave to file enlarged briefs are granted only to the extent that Erdemir's opening brief in each of these appeals is due no later than November 20, 2024.

FOR THE COURT

October 22, 2024
Date

Jarrett B. Perlow
Clerk of Court