# United States Court of Appeals
# for the Federal Circuit

EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,

*Plaintiff-Appellant,*

v.

INTERNATIONAL TRADE COMMISSION, UNITED
STATES STEEL CORPORATION, CLEVELAND-CLIFFS
INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES
LLC, NUCOR CORPORATION,

*Defendants-Appellees.*

Appeal from the United States Court of International Trade,
Case No. 1:22-cv-00350-TMR, Hon. Judge Timothy M. Reif

## NOTICE OF WITHDRAWAL OF COUNSEL

CHRISTINE M. STREATFEILD
BAKER & MCKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
(202) 835-6111
christine.streatfeild@bakermckenzie.com

*Counsel for Plaintiff-Appellant*

January 28, 2026

Pursuant to Federal Circuit Rule 47.3(c), the undersigned notifies the Court of the withdrawal of Justin R. Becker as counsel for Plaintiff-Appellant Ereğli Demir ve Çelik Fabrikalari T.A.Ş. ("Erdemir"). Erdemir's other counsel of record, Christine M. Streatfeild and Lauren Shapiro, will continue to represent Erdemir in this appeal.

Dated: January 28, 2026

Respectfully submitted,

*/s/ Christine M. Streatfeild*
Christine M. Streatfeild
Lauren Shapiro
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
Tel.: (202) 835-6111
christine.streatfeild@bakermckenzie.com

*Counsel to Plaintiff-Appellant,*
*Ereğli Demir ve Çelik Fabrikalari T.A.Ş.*

**CERTIFICATE OF SERVICE**

I, Christine M. Streatfeild, hereby certify that on January 28, 2026, have caused the

foregoing document to be filed electronically by using the Court's CM/ECF system. All

parties represented by registered CM/ECF users and will be served by the appellate

CM/ECF system.

/s/ Christine M. Streatfeild
Christine M. Streatfeild
*Counsel to Plaintiff-Appellant,*
*Ereğli Demir ve Çelik Fabrikalari*
*T.A.Ş.*
