# United States Court of Appeals for the Federal Circuit

---

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION, UNITED STATES STEEL CORPORATION, CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, NUCOR CORPORATION,**
*Defendants-Appellees*

---

2024-2242

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00350-TMR, Judge Timothy M. Reif.

----------------------------------------

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION, STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, CLEVELAND-CLIFFS INC., NUCOR CORPORATION,**
*Defendants-Appellees*

---

2024-2243

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00349-TMR, Judge Timothy M. Reif.

----------------------------------------

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION, UNITED STATES STEEL CORPORATION, CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, NUCOR CORPORATION,**
*Defendants-Appellees*

---

2024-2249

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00351-GSK, Judge Gary S. Katzmann.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

June 1, 2026
Date

Jarrett B. Perlow
Clerk of Court